UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE E. JONES,<br><br>   Petitioner,<br><br> v.<br><br>HIGH DESERT STATE PRISON,<br><br>   Respondent. | Case No. 1:23-cv-00631-HBK (HC)<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1)<br><br>ORDER DIRECTING CLERK TO PROVIDE PETITIONER WITH CIVIL RIGHTS COMPLAINT FORM |

  Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). Petitioner, a prisoner incarcerated in Lassen County, which is located within the jurisdiction and venue of this court's Sacramento Division, challenges his conviction entered by the Superior Court of San Diego, which is located within the jurisdiction and venue of the San Diego Division of the United States District Court for the Southern District of California.

  Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v.*

*California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Southern District of California. 28 U.S.C. §§ 1404(a), 2241(d). Further, the petition appears to assert additional civil rights claims under 42 U.S.C. § 1983. Thus, the Court will direct the Clerk of Court to send petitioner a civil rights complaint form for filing, should he choose to do so, in the court with jurisdiction to consider those claims.

**Accordingly:**

1. The Clerk shall transfer this habeas action to the United States District Court for the Southern District of California, San Diego Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Southern District of California
> San Diego Division
> 333 West Broadway
> San Diego, CA 92101

3. The Clerk of Court is directed to send Petitioner a civil rights complaint form.

Dated:   April 26, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE